UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH CULPEPPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV-09-TMP- 0189-S |
| ) | |
| CHASE BANK USA, N.A.; ) | |
| MANN BRACKEN, LLP; ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES; LLC; TRANS- ) | |
| UNION CORPORATION; ) | |
| and EXPERIAN ) | |
| INFORMATION SOLUTIONS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF PRO TANTO DISMISSAL WITH PREJUDICE

Plaintiff Deborah Culpepper and Defendant Experian Information Solutions, Inc. ("Experian") file this Stipulation of Pro Tanto Dismissal with Prejudice, and in support thereof respectfully show the Court as follows:

There are no longer any issues in this matter between Deborah Culpepper and Experian to be determined by this Court. Plaintiff hereby stipulates that all claims or causes of action against Experian which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted this 15th day of September, 2009.

*[Signature]*
Martha R. Cook

OF COUNSEL:
McCallum Hoaglund Cook & Irby, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: mcook@mhcilaw.com
**Attorneys for Plaintiff**

*[Signature]*
Garrett Bradford

OF COUNSEL:
Garrett Bradford
Jones Day
1420 Peachtree St. N.E.
Atlanta, Georgia  30309-3053
Telephone:  (404)581-8602
Facsimile:  (404)581-8330
Email:  gbradford@jonesday.com
**Attorneys for Experian Information Solutions, Inc.**

## CERTIFICATE OF SERVICE

This is to certify that on ___September 15, 2009___, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which automatically notifies counsel.

Victoria J. Franklin-Sisson
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
505 Twentieth Street North, Suite 500
Birmingham, AL 35203
Telephone: 205-226-5200
Facsimile: 205-226-5226
Email: vsisson@joneswalker.com
**Attorneys for Equifax Information Services, Inc.**

Neal D. Moore, III
Christina S. Lee
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
Post Office Box 430189
Birmingham, Alabama  35243-0189
Telephone:  (205)879-8722
Facsimile:  (205)879-8831
Email: ndm@ffdlaw.com
csl@ffdlaw.com
**Attorneys for Mann Bracken, LLP**

Stephanie Cope
King & Spalding, LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404)215-5908
Facsimile:  (404)572-5100
Email:      scope@kslaw.com
**Attorneys for Equifax Information Services, LLC**

Timothy Davis
Kary Bryant Wolfe
Walston, Wells & Birchall, LLP
One Federal Place, Suite 1100
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205)244-5281
Facsimile: (205)244-5481
Email: tdavis@walstonwells.com; kwolfe@walstonwells.com;
**Attorneys for TransUnion, LLC**

Paul L. Myers
Strasburger & Price, LLP
2801 Network Boulevard, Suite 600
Frisco, Texas 75034
Telephone: (469)287-3900
Facsimile: (469)287-3999
Email: paul.myers@strasburger.com
**Attorney for TransUnion, LLC**

Lee M. Pope
Helen Kathryn Downs
Johnston Barton Proctor & Rose, LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
Telephone: (205)458-9400
Email:lmp@johnstonbarton.com;
hkd@johnstonbarton.com
**Attorneys for Chase Bank USA, N.A.**

_____
COUNSEL

4